Caleb L. McGillvary
#1222665/SBI#102317G
New Jersey State Prison
Po Box 861
Trenton, New Jersey
08625-0861



FILED
SEP 11 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

SEPTEMBER 3, 2024

Clerk of the District Court
US District Court for the Northern District of California
Office of the Clerk
450 Golden Gate Avenue
San Francisco, CA
94102-3489

    Re: Caleb L. McGillvary v. Dan Hagan
    Civil Action Docket No 3:22-cv-07702-RFL
    Hon. Rita F. Lin, U.S.D.J.

Dear Clerk;
    Please find enclosed and file onto the docket my request and declaration in support of my request to the Clerk to enter Default against Defendant Dan Hagan; and proof of service thereof; in the above captioned matter.
    Your attention to this matter is appreciated.

                                                  Very Truly,

Dated:

                                                  Caleb L. McGillvary
                                                  #1222665/SBI#102317G
                                                  New Jersey State Prison
                                                  Po Box 861
                                                  Trenton, New Jersey
                                                  08625-0861

CC: File

PROOF OF SERVICE

I, Caleb L. McGillvary, declare pursuant to 28 U.S.C. 1746 that on today's date, I placed in the institutional mailing system here where I'm incarcerated at NJ State Prison 3rd & Federal Streets Trenton, NJ 08625; with First Class Postage prepaid to be sent via USPS Mail; the original of my request to the Clerk to enter default against Defendant Dan Hagan, and declaration in suppor thereof; to the Clerk of the Court at USDC-NDCA 450 Golden Gate Avenue, San Francisco, CA 94102-3489; and, I further declare that Defendant has not yet appeared in this matter, to my knowledge, and is in default and so I am not required to serve this request upon him.
I hereby invoke the prison mailbox rule.
I declare under penalty of perjury that the foregoing statements made by me are true and accurate.
Executed this 3RD Day of SEPTEMBER, 2024

                                              Caleb L. McGillvary, Pro Se
                                              #1222665/SBI#102317G NJSP
                                              PO Box 861 Trenton, NJ
                                                        08625-0861



Envelope scan:

From:
C. Augustine[?]
#1222665/SBI #1023176
NJSP PO Box 861
Trenton, NJ
08625

USPS Postage $009.92 — SEP 05 2024 — MAILED FROM ZIP CODE 08611
Trenton NJ 085 — 5 SEP 2024 PM 6 L
7004 1350 0004 0478 2179

LEGAL MAIL

To:
CLERK
U.S. DIST. CT. — N.D. CA
U.S. COURTHOUSE
450 GOLDEN GATE AVE
SAN FRANCISCO, CA
94102-3489

RECEIVED
SEP 11 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEGAL MAIL