

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
*cand.uscourts.gov*

September 11, 2024

RE:  McGillvary v. Hagan
       22-cv-07702-RFL

Default is declined as to Defendant Hagan on September 11, 2024. The deadline to file a dispositive motion has not passed.  The deadline is 12/6/24.

Mark B. Busby, Clerk of Court

by:  Angela Jimenez
Case Systems Administrator
(510) 637-3535

*REV. 7-19*