USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See "Instructions for Service of Process by U.S. Marshal"

RECEIVED FEB 19, 25 UNITED STATES MARSHAL NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF: Caleb L. McGillvary | CASE No: 3:22-cv-07702-RFL |
| DEFENDANT: Dan Hagan | TYPE OF PROCESS: ***See below*** |

SERVE AT:  
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
Dan Hagan  
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
9130 Vineland Ct., Apt. B, Boca Raton, FL 33496

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW  
Caleb L. McGillvary- #1222665  
New Jersey State Prison  
SBI #102317G  
PO Box 861  
Trenton, NJ 08625

Number of process to be served with this Form 285: 3  
Number of parties to be served in this case: 1  
Check for service on U.S.A.

FILED MAR -7 2025 CLERK, U.S. DISTRICT COURT NORTH DISTRICT OF CALIFORNIA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

***Summons, Amended Complaint, Docket No. 36

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT  
TELEPHONE NUMBER: 510-637-3535  
DATE: February 6, 2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.  
Total Process: 3  
District of Origin No: 11  
District to Serve No: 4  
Signature of Authorized USMS Deputy or Clerk  
Date: 2/19/25

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):  
Address (complete only if different than shown above):  
[ ] A person of suitable age and discretion then residing in defendant's usual place of abode  
Date: 3/4/25  Time: 1500  [X] pm  
Signature of U.S. Marshal or Deputy: #2729 DUSM Chaves

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: DUSM Chaves spoke with Patty Cox, grandmother of Dan Hagan. Mrs. Cox stated that Mr. Hagan has not resided at the address provided above for approximately 10 yrs. Mrs. Cox did state, that Mr. Hagan might be residing with his mother Kelle da Rosa in California.

RETURN UNEXECUTED

PRINT 5 COPIES:  
1. CLERK OF THE COURT  
2. USMS RECORD  
3. NOTICE OF SERVICE  
4. BILLING STATEMENT* To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal  
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED  
Form USM-285  
Rev. 12/15/80  
Automated 01/00