Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

March 18, 2025

Clerk, US Dist. Ct. - NDCA
US Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3489

    RE: McGillvary v. Hagan
    Civil Action No. 3:22-cv-07702-RFL
    Hon. Rita F. Lin

Dear Clerk;
    Please find enclosed and file onto the docket the following documents:
1.) My notice, motion, proposed order, and declaration in support of my motion for service by Cal. Civ. Code 413.30;
2.) My notice, motion, proposed order, and declaration in support of my motion for extension of time for service pursuant to Rule 4(m); and
3.) My proof of service thereof;
in the above-captioned matter.

                                    Kind Regards,
                                    Caleb L. McGillvary
                                    In Propria Persona

ENCL:
CC: FILE

PROOF OF SERVICE

I, Caleb L. McGillvary, declare pursuant to 28 U.S.C. 1746 that on today's date, I placed in the institutional mailing system here where I'm incarcerated at NJ State Prison 3rd & Federal Streets Trenton, NJ 08625; with First Class Postage prepaid to be sent via USPS Mail; the original of the following documents:
1.) My notice, motion, proposed order, and declaration in support of my motion for service by Cal. Civ. Code 413.30;
2.) My notice, motion, proposed order, and declaration in support of my motion for extension of time for service pursuant to Rule 4(m);
to the Clerk, US Dist. Ct. - NDCA at US Courthouse 450 Golden Gate Avenue San Francisco, CA 94102-3489
To my knowledge, Defendant has not yet appeared in this action.
I hereby invoke the prison mailbox rule.
I declare under penalty of perjury that the foregoing statements made by me are true and accurate.
Executed this 18 Day of MARCH, 2025

Caleb L. McGillvary, Pro Se
#1222665/SBI#1023117G NJSP
PO Box 861 Trenton, NJ
08625-0861