FILED

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

JUN 16 2025

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF Caleb L. McGillvary | CLERK, U.S. DISTRICT COURT NORTH DISTRICT OF CALIFORNIA | CASE No. 3:22-cv-07702-RFL |
|---|---|---|
| DEFENDANT Dan Hagan | | TYPE OF PROCESS ***See below*** |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT** {

Dan Hagan

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

532 Park Way, South San Francisco, CA 94080

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Caleb L McGillvary- #1222665<br>New Jersey State Prison<br>SBI #102317G<br>PO Box 861<br>Trenton, NJ 08625 | Number of process to be served with this Form 28 | 3 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold

Fold

***Summons, Amended Complaint, Docket No. 45 ***

| Signature of Attorney other Originator requesting service on behalf of: Mark B.Busby | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 510-637-3535 | DATE June 10, 2025 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 3 | District of Origin No. 11 | District to Serve No. 11 | Signature of Authorized USMS Deputy or Clerk | Date 6/11/25 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| # of DUSMs: \ | |
| Address (complete only different than shown above) # of hours for all DUSMs: \ | Date 6/13/25  Time 9:44 ☐ am ☐ pm |
| # of round trip miles for all vehicles: 22 | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS: OCCUPANT AT RESIDENCE ADVISED MR. DAN HAGAN DOESN'T RESIDE THERE

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

RECEIVED
JUN 11, 25
UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA