Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625


## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Caleb L. McGillvary<br>    PLAINTIFF<br><br>V.<br><br>Dan Hagan<br>    DEFENDANT | ) CIVIL ACTION NO.<br>) 3:22-cv-07702-RFL<br>) Hon. Rita F. Lin, U.S.D.J.<br>) MOTION DATE:<br>) To be determined by the Court<br>) (Plaintiff has not been provided<br>) with Court's motion schedule)<br>) |

### PROPOSED ORDER

THIS MATTER having been opened to the Court on motion by Plaintiff Caleb L. McGillvary for an order granting leave to serve Defendant Dan Hagan by U.S. Masrshal to his mother's address as contained in the USM-285 previously filed bt Plaintiff pursuant to 28 U.S.C. 1915 and Fed. R. Civ. P. 4; in this proceeding, and the Court having considered the papers submitted and the arguments therein, and FOR GOOD CAUSE SHOWN

It is on this ___ Day of _____, 20___

ORDERED that Plaintiff's motion is hereby GRANTED; and it is further

ORDERED that the U.S. Marshal shall serve process by upon Dan Hagan at his mother's address at which service was previously returned executed, which is contained in the previous USM-285 and order on file, and during such service the Marshal shall inquire as to whether Dan Hagan resided there when service was previously made at that address; and it is further

1

ORDERED that a copy of this order be served upon all parties appearing in this matter within 7 days of this order

_____
Hon. Rita F. Lin, U.S.D J.

2