Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

October 5, 2026

Hon. Rita F. Lin, U.S.D.J.
US Dist. Ct. - NDCA
US Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3489

FILED
OCT 09 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

RE: McGillvary v. Hagan
Civil Action No. 3:22-cv-07702-RFL
Hon. Rita F. Lin

Dear Judge Lin;

Please accept this letter correcting my recent declaration in the above-captioned matter. Where it says I was born on "September 3, 2026," I made a scribner's error in typing out my own birth date, which is in fact "September 3, 1988." As this correct date is referred to in the documents which are incorporated by reference into the declaration, I ask the Court to please allow this amendment to be so ordered nunc pro tunc.

Kind Regards,

Caleb L. McGillvary
In Propria Persona

ENCL:
CC: FILE

# PROOF OF SERVICE

I, Caleb L. McGillvary, declare pursuant to 28 U.S.C. 1746 that on today's date, I placed in the institutional mailing system here where I'm incarcerated at NJ State Prison 3rd & Federal Streets Trenton, NJ 08625; with First Class Postage prepaid to be sent via USPS Mail; the original of the following documents:

1.) My letter to Judge Hon. Rita F. Lin;

to the Clerk, US Dist. Ct. - NDCA at US Courthouse 450 Golden Gate Avenue San Francisco, CA 94102-3489

To my knowledge, Defendant has not yet appeared in this action.

I hereby invoke the prison mailbox rule.

I declare under penalty of perjury that the foregoing statements made by me are true and accurate.

Executed this 5 Day of OCTOBER, 2026

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

October 5, 2026

Clerk, US Dist. Ct. - NDCA
US Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3489

RECEIVED
OCT 09 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: McGillvary v. Hagan
Civil Action No. 3:22-cv-07702-RFL
Hon. Rita F. Lin

Dear Clerk;

Please find enclosed and file onto the docket the following documents:
1.) My letter to Judge Hon. Rita F. Lin; and
2.) My proof of service of the foregoing documents;
in the above-captioned matter.

Kind Regards,

Caleb L. McGillvary
In Propria Persona

ENCL:
CC: FILE

C MCGILLVARY
#1222665/SBI#1023174
NJSP PO BOX 861
TRENTON, NJ
08625

CERTIFIED MAIL®

7022 2410 0003 3325 8688

TRENTON NJ 085
6 OCT 2026 PM 4 L

FP US POSTAGE
$010.98º
First-Class - IMI
ZIP 08625
10/06/2026
036B 0011837735

CLERK
USDC - NDCA
450 GOLDEN GATE AVE
SAN FRANCISCO, CA
94102-3489

94102-341024

RECEIVED
OCT 09 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEGAL MAIL

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CLERK, USDC-NDCA
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102-3489

9590 9402 8051 2349 3834 39

2. Article Number *(Transfer from service label)*

7022 2410 0003 3325 8688

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☑ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery